# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Nos. 1D17-4151
1D17-4153
(consolidated for disposition)

_____

DANIELLE L. HANCOCK,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the Circuit Court for Wakulla County.
James O. Shelfer, Judge.

August 29, 2019

PER CURIAM.

We find the trial court did not err in making its competency determination; it did, however, neglect to put its oral ruling in writing. We, therefore, affirm but remand for entry of a written order. *McCray v. State*, 265 So. 3d 659 (Fla. 1st DCA 2019).

AFFIRMED and REMANDED with instructions.

WOLF, B.L. THOMAS, and BILBREY, JJ., concur.

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____

Office of Candice K. Brower, Criminal Conflict & Civil Regional Counsel, and Melissa J. Ford, Assistant Regional Conflict Counsel, Tallahassee, for Appellant.

Ashley Moody, Attorney General, Anne C. Conley and Damaris E, Reynolds, Assistant Attorneys General, Tallahassee, for Appellee.